# EXHIBIT 9

**Important:**   The Public Records and commercially available data sources used on reports have errors.  Data is sometimes entered poorly, processed incorrectly and is generally not free from defect.  This system should not be relied upon as definitively accurate.  Before relying on any data this system supplies, it should be independently verified.  For Secretary of State documents, the following data is for information purposes only and is not an official record.  Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:**  Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:**  No Permissible Purpose
**Your DMF Permissible Use:**  No Permissible Purpose

# Comprehensive Report

**Date:** 09/11/25
**Reference Code:** 0020120 00198 / M  RAFTREY

**Report processed by:**
Arnold & Porter, Kaye, Scholer LLP
601 MASSACHUSETTS AVE NW
WASHINGTON, DC 20001
202-942-5000 Main Phone
202-942-5999 Fax

**Report Legend:**
**S** - Shared Address
**D** - Deceased
✔ - Probable Current Address

**Subject Information**
**(Best Information for Subject)**
Name  JAMES TIMOTHY ROCHE
Date of Birth: **11/xx/1965**
Age: **59**
SSN  ▮▮▮▮▮▮         issued in **Connecticut** between
**1/1/1978** and **12/31/1980**
View All SSN Sources

**AKAs**
**(Names Associated with Subject)**

JAMES TIMOTHY ROCHE
  Age: **59**  SSN: ▮▮▮▮▮▮
JAMES T ROCHE
  Age: **59**  SSN: ▮▮▮▮▮▮
JAMES ROCHE
  Age  **59**  SSN: ▮▮▮▮▮▮
JAMES ROACHE
  Age: **59**  SSN: ▮▮▮▮▮▮
J ROCHE
  Age: **59**  SSN: ▮▮▮▮▮▮

**Indicators**

Bankruptcy  **No**
Property: **Yes**
Corporate Affiliations: **Yes**

## Others Associated With Subjects SSN:
(DOES NOT usually indicate any type of fraud or deception)
  NICOLE S SCHINDLER   DOB: 6/1961
  ▮▮▮▮▮         issued in Connecticut  between  1/1/1978  and  12/31/1980

## Address Summary:   View All Address Variation Sources

✔ 4055 HAPPY VALLEY RD, LAFAYETTE, CA 94549-2424, CONTRA COSTA COUNTY ( 2010 - Apr 2025)
4019 LOS ARABIS DR, LAFAYETTE, CA 94549-2710, CONTRA COSTA COUNTY ( 2006 - Nov 2010)
1400 FILBERT ST APT 7, SAN FRANCISCO, CA 94109-1635, SAN FRANCISCO COUNTY (Dec 2001 - Jan 2003)
612 HOWARD ST STE 300, SAN FRANCISCO, CA 94105-3969, SAN FRANCISCO COUNTY (Nov 1988 - Nov 2000)
11 TOYON AVE, BELVEDERE TIBURON, CA 94920-2459, MARIN COUNTY ( 2003 - Nov 2006)
11 TOYON AVE, BELVEDERE, CA 94920-2459, MARIN COUNTY (May 2004 - Aug 2006)
22 VISTA REAL, MILL VALLEY, CA 94941-4900, MARIN COUNTY (Jul 1999 - May 2004)
229 BRANNAN ST APT, SAN FRANCISCO, CA 94107-4042, SAN FRANCISCO COUNTY (Dec 2001 - Jan 2003)
128 CLARK DR, SAN MATEO, CA 94402 1003, SAN MATEO COUNTY (Nov 1990   Jan 2003)
608 FULTON ST, PALO ALTO, CA 94301-2137, SANTA CLARA COUNTY (Apr 1995 - Jan 2003)
3622 SACRAMENTO ST IT, SAN FRANCISCO, CA 94118-1710, SAN FRANCISCO COUNTY (Oct 2001)
3622 SACRAMENTO ST 3624, SAN FRANCISCO, CA 94118-1710, SAN FRANCISCO COUNTY (Nov 1998 - Dec 2013)
2001 CALIFORNIA ST APT 406, SAN FRANCISCO, CA 94109-4370, SAN FRANCISCO COUNTY (Nov 1988 - Jul 2001)
434 WAVERLEY ST, MENLO PARK, CA 94025-3718, SAN MATEO COUNTY (Feb 1994)
3132 STEINER ST, SAN FRANCISCO, CA 94123-3367, SAN FRANCISCO COUNTY (Jul 1992 - Sep 1993)
95 SAN BENITO AVE, ATHERTON, CA 94027-1931, SAN MATEO COUNTY (Nov 1988 - Nov 1990)
2438 WARRING ST APT, BERKELEY, CA 94704-2511, ALAMEDA COUNTY (Jan 1990)
635 JEAN ST, OAKLAND, CA 94610-1421, ALAMEDA COUNTY (Jan 1990)
1370 WASHINGTON ST APT, SAN FRANCISCO, CA 94109 4153, SAN FRANCISCO COUNTY (Sep 1989)
6938 S WELL SPRING RD APT 8H, MIDVALE, UT 84047-4018, SALT LAKE COUNTY

## Active Address(es):   View All Address Variation Sources
✔ 4055 HAPPY VALLEY RD, LAFAYETTE, CA 94549 2424, CONTRA COSTA COUNTY ( 2010   Apr 2025)
  **Name Associated with Address:**
  JAMES TIMOTHY ROCHE
    **Current Residents at Address:**
  LOUISE TALBOTT HOSKINS
  JAMES TIMOTHY ROCHE

JAMES GRIFFIN ROCHE

**Property Ownership Information for this Address**

**Property:**

Parcel Number - 247-031-029-9    ⓘ

Owner Name: JAMES T ROCHE

Owner Name 2  LOUISE TALBOT HOSKINS

Property Address: - 4055 HAPPY VALLEY RD, LAFAYETTE, CA 94549-2424, CONTRA COSTA COUNTY

Owner Address: 4055 HAPPY VALLEY RD, LAFAYETTE, CA 94549-2424, CONTRA COSTA COUNTY

Sale Price - $3,000,000

Subdivision Name - OR RO ACALANES

Assessed Value - $3,843,524

Land Size - 40859 SF

Year Built - 1999

Legal Description - POR RO ACALANES

Data Source - B

**Neighborhood Profile (2010 Census)**

Average Age: 53

Median Household Income: $349,391

Median Owner Occupied Home Value: $1,232,451

Average Years of Education: 16

**Previous And Non-Verified Address(es):**    View All Address Variation Sources

4019 LOS ARABIS DR, LAFAYETTE, CA 94549 2710, CONTRA COSTA COUNTY ( 2006   Nov 2010)

**Name Associated with Address:**

JAMES T ROCHE

**Current Residents at Address:**

TIMOTHY L SCOTT

HEIDI E YODOWITZ

925-299-0575

**Property Ownership Information for this Address**

**Property:**

Parcel Number - 249-020-002    ⓘ

Owner Name: JAMES T ROCHE

Owner Name 2: LOUISE TALBOTT HOSKINS

Property Address: - 4019 LOS ARABIS DR, LAFAYETTE, CA 94549-2710, CONTRA COSTA COUNTY

Owner Address: 4019 LOS ARABIS DR, LAFAYETTE, CA 94549-2710, CONTRA COSTA COUNTY

Sale Price   $1,795,000

Assessed Value - $1,750,000

Land Size - 23400 SF

Year Built - 1941

Legal Description - HAPPY VALLEY ESTATES #1 LOT 23

Data Source - B

**Neighborhood Profile (2010 Census)**

Average Age: 53

Median Household Income: $349,391

Median Owner Occupied Home Value: $1,232,451

Average Years of Education  16

1400 FILBERT ST APT 7, SAN FRANCISCO, CA 94109-1635, SAN FRANCISCO COUNTY (Dec 2001 - Jan 2003)

**Name Associated with Address:**

JAMES T ROCHE

**Current Residents at Address:**

NATALIE C HODGSON

**Property Ownership Information for this Address**

**Property:**

Parcel Number - 2N3215CC07419    ⓘ

Owner Name: DETLEF HALIEWICZ

Property Address: - 1400 FILBERT ST, SAN FRANCISCO, CA 94109-1680, SAN FRANCISCO COUNTY

Owner Address: 1400 FILBERT ST, SAN FRANCISCO, CA 94109-1680, SAN FRANCISCO COUNTY

Total Market Value - $45,530

Assessed Value - $37,640

Land Value   $45,530

Land Size - 6970 SF

Data Source - B

**Neighborhood Profile (2010 Census)**

Average Age: 39

Median Household Income: $145,106

Median Owner Occupied Home Value: $1,240,260

Average Years of Education: 17

612 HOWARD ST STE 300, SAN FRANCISCO, CA 94105-3969, SAN FRANCISCO COUNTY (Nov 1988 - Nov 2000)

**Name Associated with Address:**

JAMES T ROCHE

**Property Ownership Information for this Address**