# EXHIBIT 28

**Important:**   The Public Records and commercially available data sources used on reports have errors.  Data is sometimes entered poorly, processed incorrectly and is generally not free from defect.  This system should not be relied upon as definitively accurate.  Before relying on any data this system supplies, it should be independently verified.  For Secretary of State documents, the following data is for information purposes only and is not an official record.  Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:**  Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:**  No Permissible Purpose
**Your DMF Permissible Use:**  No Permissible Purpose

## Comprehensive Business Report

**Date:** 09/11/25
**Reference Code:** 0020120.00198 / M. RAFTREY

Company Name: **DATONICS LLC**
Address:  **3718 NORTHERN BLVD, LONG ISLAND CITY, NY 11101-1636, QUEENS COUNTY**
Phone:  **646-867-0647**
TIN:  **27-3980672**
URL:  **DATONICS.COM**

### Name Variations:
 Company Name:  **DATONICS LLC**
 Company Name:  **DATONICS**

### TIN Variations:
 Company TIN:  **27-3980672**
 Company Name:  **DATONICS**

### Parent Company:
 [None Found]

### Industry Information:
 SIC Code: **9999**
 SIC Description: **Nonclassifiable Establishments**

 SIC Code: **0782**
 SIC Description: **Lawn And Garden Services**

 SIC Code: **5734**
 SIC Description: **Computer And Software Stores**

 SIC Code: **7300**
 SIC Description: **Business Services**

 SIC Code: **7371**
 SIC Description: **Computer Programming Services**

 SIC Code: **7372**
 SIC Description: **Prepackaged Software**

 SIC Code: **7373**
 SIC Description: **Computer Integrated Systems Design**

 SIC Code: **7374**
 SIC Description: **Data Processing And Preparation**

 SIC Code: **7379**
 SIC Description: **Computer Related Services, Nec**

 SIC Code: **7389**
 SIC Description: **Business Services, Nec**

 SIC Code: **8742**
 SIC Description: **Management Consulting Services**

 SIC Code: **8999**
 SIC Description: **Services, Nec**

### Bankruptcies:

[None Found]

**Liens & Judgments:** 📄
    **Liens Record # 1**
      Record Information:
        Original Filing Number: **2215528**
        Original Filing Date: **11/29/2017**
        Status: **CITY TAX LIEN FILED IN ERROR**
        Amount: **$363**

      Filing Activity:
        Filing Number: **2215528**
        Filing Type: **CITY TAX LIEN FILED IN ERROR**
        Location: **QUEENS COUNTY CLERK**
        County: **QUEENS**
        State: **NY**

      Debtor Information:
        Debtor Name: **DATONICS LLC**
        Debtor Address: **3718 NORTHERN BLVD STE 404, LONG ISLAND CITY, NY 11101-1636**

      Creditor Information:
        Creditor Name: **CITY OF NEW YORK**

**Corporation Filings:** 📄
    **Corporation Filings # 1**

      **DATONICS LIMITED LIABILITY PARTNERSHIP**
      Name Type: **LEGAL**
      Address: **3718 NORTHERN BLVD STE 404, LONG ISLAND CITY, NY 11101-1636**
      Address Type: **BUSINESS**
      Status: **ACTIVE**
      Business Type: **FOREIGN LLC**
      Filing Number: **0451324237**
      Filing Date: **08/05/2025**
      Foreign Incorporation Date: **08/05/2025**
      Registered Agent: **C T CORPORATION SYSTEM**
      Registered Agent Address: **820 BEAR TAVERN RD, EWING, NJ 08628-1021**
      FEIN: **27-3980672**
      State of Incorporation: **NJ**
      Foreign State of Incorporation: **DELAWARE**

    **Corporation Filings # 2**

      **DATONICS LLC**
      Name Type: **LEGAL**
      Address: **3718 NORTHERN BLVD STE 404, LONG ISLAND CITY, NY 11101-1636**
      Address Type: **BUSINESS**
      Status: **ACTIVE**
      Business Type: **FOREIGN LIMITED LIABILITY COMPANY (LLC)**
      Filing Number: **001874629**
      Filing Date: **03/12/2025**
      Foreign Incorporation Date: **03/12/2025**
      Registered Agent: **C T CORPORATION SYSTEM**
      Registered Agent Address: **155 FEDERAL ST STE 700, BOSTON, MA 02110-1727**
      FEIN: **27-3980672**
      State of Incorporation: **MA**
      Foreign State of Incorporation: **DELAWARE**

      Annual Report Filings:
        Comments: **APPLICATION FOR REGISTRATION**
        Filed Date: **03/12/2025**

    **Corporation Filings # 3**

      **DATONICS, LLC**
      Name Type: **LEGAL**
      Address: **3718 NORTHERN BLVD STE 404, LONG ISLAND CITY, NY 11101-1636**
      Address Type: **BUSINESS**
      Status: **ACTIVE**
      Business Type: **FOREIGN LLC**
      Filing Number: **22098664**
      Filing Date: **04/26/2022**
      Foreign Incorporation Date: **04/26/2022**

Comprehensive Business Report

Term: **PERPETUAL**
Type: **EFFECTIVE DATE**
In Good Standing: **Yes**
Registered Agent: **NATIONAL REGISTERED AGENTS INC**
Registered Agent Address: **289 S CULVER ST, LAWRENCEVILLE, GA 30046-4805**
FEIN: **27-3980672**
State of Incorporation: **GA**
Foreign State of Incorporation: **DELAWARE**

Annual Report Filings:
   Comments: **BUSINESS FORMATION**
   Filed Date: **04/26/2022**

**Corporation Filings # 4**

**DATONICS, LLC**
Name Type: **LEGAL**
Address: **84 WOOSTER ST STE 300, NEW YORK, NY 10012-4381**
Address Type: **BUSINESS**
Status: **TERMINATED**
Business Type: **LIMITED LIABILITY CORPORATION**
For Profit: **Y**
Filing Number: **603103583**
Filing Date: **03/28/2011**
Foreign Incorporation Date: **03/28/2011**
Term: **PERPETUAL**
Registered Agent: **NATIONAL REGISTERED AGENTS, INC.**
Registered Agent Address: **711 CAPITOL WAY S STE 204, OLYMPIA, WA 98501-1267**
FEIN: **27-3980672**
State of Incorporation: **WA**
Foreign State of Incorporation: **DELAWARE**

Annual Report Filings:
   Comments: **COMMERCIAL STATEMENT OF CHANGE**
   Filed Date: **04/09/2021**

   Comments: **COMMERCIAL STATEMENT OF CHANGE**
   Filed Date: **08/19/2019**

**Corporation Filings # 5**

**DATONICS, LLC**
Name Type: **LEGAL**
Status: **ACTIVE**
Business Type: **FOREIGN LLC**
Filing Number: **4071771**
Filing Date: **03/23/2011**
Foreign Incorporation Date: **03/23/2011**
Term: **PERPETUAL**
FEIN: **27-3980672**
State of Incorporation: **NY**
Foreign State of Incorporation: **DELAWARE**

Annual Report Filings:
   Comments: **CERTIFICATE OF PUBLICATION**
   Filed Date: **06/08/2011**

   Comments: **APPLICATION OF AUTHORITY**
   Filed Date: **03/23/2011**

**Registered Agents:**
Company Name: **C T CORPORATION SYSTEM**
Address: **155 FEDERAL ST STE 700, BOSTON, MA 02110-1727**
Date Last Seen: **08/26/2025**

Company Name: **NATIONAL REGISTERED AGENTS INC**
Address: **289 S CULVER ST, LAWRENCEVILLE, GA 30046-4805**
Date Last Seen: **08/21/2025**

Company Name: **NATIONAL REGISTERED AGENTS, INC.**
Address: **711 CAPITOL WAY S STE 204, OLYMPIA, WA 98501-1267**
Date Last Seen: **07/15/2025**

**Business Registration:**

Name: **DATONICS LLC**
Address: **84 WOOSTER ST STE 300, NEW YORK, NY 10012-4381**
Filing Number: **4071771**
Status: **Active**
Corporation Code: **Secretary of State**
Filing Date: **03/23/2011**

Name: **DATONICS LLC**
Address: **84 WOOSTER ST STE 300, NEW YORK, NY 10012-4381**
Filing Number: **4071771**
Status: **Active**
Corporation Code: **Secretary of State**
Filing Date: **03/23/2011**

Name: **DATONICS LLC**
Address: **84 WOOSTER ST STE 300, NEW YORK, NY 10012-4381**
Filing Number: **4071771**
Status: **Active**
Corporation Code: **Secretary of State**
Filing Date: **03/23/2011**

Name: **DATONICS LLC**
Address: **3718 NORTHERN BLVD STE 404, LONG ISLAND CITY, NY 11101-1636**
Filing Number: **22098664**
Status: **Active**
Company Phone: **7184408666**
Corporation Code: **Secretary of State**
Filing Date: **04/26/2022**

Name: **DATONICS LIMITED LIABILITY PARTNERSHIP**
Address: **3718 NORTHERN BLVD STE 404, LONG ISLAND CITY, NY 11101-1636**
Filing Number: **451324237**
Status: **Active**
Company Phone: **7184408666**
Corporation Code: **Secretary of State**
Filing Date: **08/05/2025**

## UCC Filings for Business:

[None Found]

## Associated Businesses:

Name: **CITY OF NEW YORK**

## Connected Businesses:

Name: **ALMONDNET, INC**
Address: **244 E 58TH ST, NEW YORK, NY 10022-2001**

Name: **DATONICS LLC**
Address: **250 PARK AVE, NEW YORK, NY 10177-0001**

Name: **DATONICS LLC**
Address: **3718 NORTHERN BLVD STE 404, LONG ISLAND CITY, NY 11101-1636**

Name: **INTENT IQ, LLC**
Address: **3718 NORTHERN BLVD STE 404, LONG ISLAND CITY, NY 11101-1636**

## Business Contacts:

**Current Individuals:**
Name: **DONNA FINTZI**
Address: **3718 NORTHERN BLVD STE 404, LONG ISLAND CITY, NY 11101-1636**
Date Last Seen: **06/10/2025**

Name: **VIOLA NADERI**
Contact Title - **ENGINEER**
Date Last Seen: **07/15/2025**

Name: **TEHILA OPPENHEIM**
Address: **3718 NORTHERN BLVD STE 404, LONG ISLAND CITY, NY 11101-1636**
Date Last Seen: **06/10/2025**

**Prior Individuals:**
Name: **YURIY BELOKOPYTOV**
Contact Title - **CONTACT**
Address: **3718 NORTHERN BLVD STE 404, LONG ISLAND CITY, NY 11101-1636**

Name: **JULIA DAMARI**
Address: **3718 NORTHERN BLVD STE 404, LONG ISLAND CITY, NY 11101-1636**
Date Last Seen: **03/07/2023**

Name: **IRA ESTRIN**
Contact Title - **CONTACT**
Address: **3718 NORTHERN BLVD STE 404, LONG ISLAND CITY, NY 11101-1636**

Name: **ROB FINORA**
Address: **84 WOOSTER ST STE 300, NEW YORK, NY 10012-4381**
Date Last Seen: **07/28/2014**

Name: **JOSH GREENWALD**
Address: **3718 NORTHERN BLVD STE 404, LONG ISLAND CITY, NY 11101-1636**

Name: **ALI GROSS**
Address: **3718 NORTHERN BLVD STE 404, LONG ISLAND CITY, NY 11101-1636**

Name: **KASEEM JAGAT**
Address: **3718 NORTHERN BLVD STE 404, LONG ISLAND CITY, NY 11101-1636**

Name: **ROB KLEIN**
Address: **3718 NORTHERN BLVD STE 404, LONG ISLAND CITY, NY 11101-1636**

Name: **RODNEY PERRY**
Contact Title - **GENERAL MANAGER**
Address: **3718 NORTHERN BLVD STE 404, LONG ISLAND CITY, NY 11101-1636**

Name: **ABDUL PIERRE**
Address: **3718 NORTHERN BLVD STE 404, LONG ISLAND CITY, NY 11101-1636**

Name: **PATRICK REINARTS**
Address: **3718 NORTHERN BLVD STE 404, LONG ISLAND CITY, NY 11101-1636**

Name: **GREGORY SETNIK**
Address: **3718 NORTHERN BLVD STE 404, LONG ISLAND CITY, NY 11101-1636**

Name: **RALPH Y VALENZUELA**
Contact Title - **NURSE**
Address: **3718 NORTHERN BLVD STE 404, LONG ISLAND CITY, NY 11101-1636**

## Executives:

**Current Executives:**
Name: MICHAEL BENEDEK
Contact Title - **CHIEF EXECUTIVE OFFICER**
Date Last Seen: **06/10/2025**

Name: WILLIAM LI
Contact Title - **DIRECTOR**
Date Last Seen: **06/10/2025**

**Prior Executives:**
Name: BRIAN EPPRIGHT
Contact Title - **PRESIDENT**
Date Last Seen: **12/31/2019**

Name: ROY SHKEDI
Contact Title - **CHAIRMAN**

## Properties:
[None Found]

## FAA Aircrafts:
**Current Aircraft(s):**
[None Found]

**Prior Aircraft(s):**
[None Found]

## Watercrafts:
**Current Watercrafts:**
[None Found]

Case 7:25-cv-00180-DC-DTG   Document 32-30   Filed 09/15/25   Page 7 of 7

**Prior Watercrafts:**
[None Found]