# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| DATONICS, LLC<br><br>        Plaintiffs,<br><br>v.<br><br>ADOBE INC.,<br><br>        Defendant. | Case No. 7:25-cv-00180-DC-DTG<br><br>JURY TRIAL DEMANDED |

## STATUS REPORT REGARDING ADOBE INC.'S MOTION TO TRANSFER

Pursuant to the Standing Order Governing Proceedings for matters assigned to United States Magistrate Judge Derek T. Gilliland, Defendant Adobe Inc. ("Adobe") hereby submits this Status Report to notify the Court that Adobe's Motion to Transfer Venue to the Northern District of California Pursuant to § 1404(a) [Dkt. 32] was fully briefed and ready for resolution as of December 22, 2025.

Dated: January 23, 2026

Respectfully submitted,

By: */s/ Shaun W. Hassett*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
POTTER MINTON, P.C.
102 N. College Ave., Suite 900
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

1

Nicholas H. Lee (CA Bar #259588, admitted WDTX)
Arnold & Porter Kaye Scholer LLP
777 S. Figueroa Street, 44th Floor
Los Angeles CA 90017-5844
Phone: (213) 243-4000
Fax: (213) 243-4199
E-mail:  nicholas.lee@arnoldporter.com

Ryan Casamiquela (admitted *pro hac vice*)
Jonathan Swisher (admitted *pro hac vice*)
Arnold & Porter Kaye Scholer LLP
3 Embarcadero Center, 10th Floor
San Francisco CA 94111-4024
Phone: (415) 471-3100
Fax: (415) 471-3400
E-mail: ryan.casamiquela@arnoldporter.com
E-mail: jonathan.swisher@arnoldporter.com

*Counsel for Defendant Adobe Inc.*